In the Matter of the Claim of JOHN HINKELBEIN, Respondent, against FIRST NATIONAL BANK OF MT. VERNON and UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award to the superintendent of the building of the banking corporation which employed claimant. He was injured when he bent over and reached around a desk to retrieve a twenty dollar bill that he had dropped. This happened in the foyer of the building at a place where he was required to spend a large portion of his time. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter or the Claim of MARTHA FEINBERG, Respondent, against SHEFFIELD FARMS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— The claimant [claimant's decedent] was taken sick while employed in his regular occupation. He was lifting milk bottles which exertion caused an ulcer to break open and for which he was operated upon at once and died as a result of the operation. The evidence supports the finding of accidental injury. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of KITTEL PAULSON, Respondent, against JOHN A. JOHNSON & SONS, INC., and UTICA MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The carrier and employer have appealed from an award of the State Industrial Board computing the claimant's wages. The only question raised is the propriety of the wage rate. The evidence showed that claimant worked for his employer at the rate of ninety cents per hour for a period of two months before he was injured. He worked five days each week and earned six dollars and thirty cents per day. The State Industrial Board computed the wage rate in accordance with the provisions of subdivision 3 of section 14 of the Workmen's Compensation Law. Appellants do not question the correctness of this procedure. The Board based its decision on the wage rate of a co-employee and that of an employee in a similar line of business. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.